ORIGINAL

FILED-USDC-NDTX-DA
'26 MAR 25 PM 2:26
KM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | **3-26CR-152-L** |
| IDRESS VINAY SOLOMON | |

### INDICTMENT

The Grand Jury charges:

**Count One**
Forcibly Assaulting, Resisting, or Impeding a Federal Officer
(Violation of 18 U.S.C. §§ 111(a)(1) and (b), and 1114)

On or about March 10, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Idress Vinay Solomon**, did knowingly and intentionally, forcibly assault, resist, oppose, impede, intimidate, and interfere with TSA1, a person then employed as an Officer with Transportation Security Administration, while said officer was engaged in the performance of his official duties, and caused physical contact and inflicted bodily injury.

In violation of 18 U.S.C. §§ 111(a)(1) and (b), and 1114.

<u>Count Two</u>
Interference With Security Screening Personnel
(Violation of 49 U.S.C. § 46503)

On or about March 10, 2026, in the Dallas Division of the Northern District of Texas, **Idress Vinay Solomon**, the defendant, in an area within a commercial service airport, Dallas Love Field Airport in the United States, did knowingly assault TSA1, a federal employee who had security duties within the airport, and such assault interfered with the performance of the duties of the employee and lessened the ability of the employee to perform those duties, specifically security screening.

In violation of 49 U.S.C. § 46503.

Count Three
Forcibly Assaulting, Resisting, or Impeding a Federal Officer
(Violation of 18 U.S.C. §§ 111(a)(1) and (b), and 1114)

On or about March 10, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Idress Vinay Solomon**, did knowingly and intentionally, forcibly assault, resist, oppose, impede, intimidate, and interfere with TSA2, a person then employed as an Officer with Transportation Security Administration, while said officer was engaged in the performance of his official duties, and caused physical contact and inflicted bodily injury.

In violation of 18 U.S.C. §§ 111(a)(1) and (b), and 1114.

## Count Four
### Interference With Security Screening Personnel
(Violation of 49 U.S.C. § 46503)

On or about March 10, 2026, in the Dallas Division of the Northern District of Texas, **Idress Vinay Solomon**, the defendant, in an area within a commercial service airport, Dallas Love Field Airport in the United States, did knowingly assault TSA2, a federal employee who had security duties within the airport, and such assault interfered with the performance of the duties of the employee and lessened the ability of the employee to perform those duties, specifically security screening.

In violation of 49 U.S.C. § 46503.

Indictment—Page 4

<u>Count Five</u>
Forcibly Assaulting, Resisting, or Impeding a Federal Officer
(Violation of 18 U.S.C. §§ 111(a)(1) and (b), and 1114)

On or about March 10, 2026, in the Dallas Division of the Northern District of

Texas, the defendant, **Idress Vinay Solomon**, did knowingly and intentionally, forcibly

assault, resist, oppose, impede, intimidate, and interfere with DPD1, a person then a state

law enforcement officer acting in cooperation with, and under the control of,

Transportation Security Administration (TSA) federal officer in a matter involving the

enforcement of federal laws, while said TSA officer was engaged in the performance of

his official duties, and caused physical contact and inflicted bodily injury.

In violation of 18 U.S.C. §§ 111(a)(1) and (b), and 1114.

A TRUE BILL:

_____
FOREPERSON


RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
WALT M. JUNKER
Assistant United States Attorney
Texas Bar No. 24038115
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8600
Facsimile:   214-659-8805
Email:   walt.junker@usdoj.gov


Indictment—Page  6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

IDRESS VINAY SOLOMON

INDICTMENT

18 U.S.C. §§ 111(a)(1) and (b), and 1114
Forcibly Assaulting, Resisting, or Impeding a Federal Officer
(Count 1)
18 U.S.C. § 46503
Interference With Security Screening Personnel
(Count 2)
18 U.S.C. §§ 111(a)(1) and (b), and 1114
Forcibly Assaulting, Resisting, or Impeding a Federal Officer
(Count 3)
18 U.S.C. § 46503
Interference With Security Screening Personnel
(Count 4)
18 U.S.C. §§ 111(a)(1) and (b), and 1114
Forcibly Assaulting, Resisting, or Impeding a Federal Officer
(Count 5)

5 Counts

A true bill rendered

_____
DALLAS                                                    FOREPERSON

Filed in open court this __25__ day of March, 2026.

---

**Warrant to be Issued - In State Custody**

---

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:26-MJ-257-BN